UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Eliseo ARMENDARIZ–CHAVEZ,
Defendant–Appellant.

No. 04–40674
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 19, 2007.

James Lee Turner, Assistant U.S. Attorney, Jeffery Alan Babcock, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Oteo E. Gomez, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This court affirmed the sentence of Juan Eliseo Armendariz–Chavez (Armendariz). The Supreme Court vacated and remanded for further consideration in light of *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625,

166 L.Ed.2d 462 (2006). Both parties have informed us that Armendariz has been released from custody and that his term of supervised release has expired. Accordingly, the appeal is moot and is DISMISSED. *See United States v. Clark,* 193 F.3d 845, 847–48 (5th Cir.1999).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.